L. Christopher Rose, Esq.
Nevada Bar No. 7500
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: lcr@h2law.com
Email: jwf@h2law.com

K. Jon Breyer, Esq.
(Admitted *pro hac vice*)
Andrew R. Shedlock, Esq.
(Admitted *pro hac vice*)
KUTACK ROCK, LLP
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402
Telephone: (612) 334-5000
Email: Jon.Breyer@jutackrock.com
Email: Andrew.Shedlock@kutackrock.com

*Attorneys for Plaintiff Anthony S. Jacobson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY S. JACOBSON, an individual, | Case No. 2:20-cv-00797-APG-BNW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT DEADLINES** |
| vs. | |
| ASTRED M. RODRIGUEZ, an individual, | **(First Request)** |
| Defendant. | |

1

4893-3078-6564.1

Pursuant to LR 26-3, Plaintiff ANTHONY S. JACOBSON ("Plaintiff" or "Jacobson") and Defendant ASTRED M. RODRIGUEZ ("Defendant" or "Rodriguez") stipulate to amend the case management deadlines, as follows:

1.   **A statement specifying the discovery completed**.  Plaintiff served its initial disclosures on September 7, 2021.  Plaintiff served an initial set of interrogatories, requests for admissions, and requests for production on Defendant on September 20, 2021.  Defendant served written objections or responses to Plaintiff's requests for admissions on November 3, 2021.  Defendant served its initial disclosures on November 4, 2021.  Defendant served its written objections and answers to Plaintiff's interrogatories on November 10, 2021 and its written objections to Plaintiff's requests for the production of documents on November 15, 2021.  Defendant served its initial set of interrogatories and its initial set of requests for the production of documents on Plaintiff on November 16, 2021.

2.   **A specific description of the discovery that remains to be completed**.  The parties have agreed to limit the scope of all remaining discovery as follows: (a) Plaintiff will respond to Defendant's document requests but will only answer Defendant's Interrogatories 1-6; (b) the parties will each take the other party's deposition remotely by videoconference; and (c) the parties may subpoena third party AOM Holdings, LLC.

3.   **The reasons why the remaining discovery was not completed**.  During the discovery period, the parties have focused their efforts on settlement rather than litigation.  In addition, the parties' counsel encountered multiple scheduling conflicts that interfered with and hindered their ability to conduct discovery.  Moreover, good cause for the requested extension exits so that the parties can develop the facts of their case so that it may be decided on the merits rather than as a result of the application of a technical deadline.  *See, e.g., Foman v. Davis*, 371 U.S. 178 (1962) (stating, in the context of a motion to amend the complaint, that: "It is . . . entirely contrary to the spirit of the Federal Rules of Civil Procedure for decisions on the merits to be avoided on the basis of such mere technicalities.").  Here, the parties agree that the foregoing circumstances constitutes good cause for this first and short extension of the remaining case management deadlines.

4893-3078-6564.1

4.      **A proposed schedule for completing all remaining discovery**.   The parties propose extending the discovery cutoff to **January 22, 2022**, the dispositive motion cutoff to **February 22, 2022**, and the joint final pretrial order deadline to **March 24, 2022**.

**IT IS SO AGREED AND STIPULATED**, this 19th day of November 2021:

KUTACK ROCK, LLP

By:  /s/ *K. Jon Breyer*
K. Jon Breyer, Esq.
Andrew R. Shedlock, Esq.
60 South Sixth Street, Suite 3400
Minneapolis, MN 55402
Telephone: (612) 334-5000
Email: Jon.Breyer@jutackrock.com
Email: Andrew.Shedlock@kutackrock.com

HOWARD & HOWARD ATTORNEYS PLLC
L. Christopher Rose, Esq.
Jonathan W. Fountain, Esq.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Tel. (702) 667-4823
Email: lcr@h2law.com
Email: jwf@h2law.com

*Attorneys for Plaintiff*
*Anthony S. Jacobson*

MARQUIS AURBACH COFFING

By: /s/ *Jennifer L. Micheli*
Jennifer L. Micheli, Esq.
Nevada Bar No. 11210
10001 Park Run Drive
Las Vegas, NV  89145
Tel. (702) 382-0711
Email: jmicheli@maclaw.com

*Attorneys for Defendant*
*Astred M. Rodriguez*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 23, 2021