**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Jennifer L. Micheli, Esq.
Nevada Bar No. 11210
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
jmicheli@maclaw.com

*Attorneys for Defendant Astred M. Rodriguez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY S. JACOBSON, an individual, <br><br>Plaintiff,<br><br>vs.<br><br>ASTRED M. RODRIGUEZ, an individual,<br><br>Defendant. | Case Number: 2:20-cv-00797-APG-BNW <br><br>**DEFENDANT'S MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

Defendant Astrid M. Rodriguez, hereby submits this Motion to Remove Counsel from CM/ECF Service List to remove a single counsel Terry A. Coffing, Esq. Mr. Coffing is no longer working on the instant matter and as such, the email addresses of tcoffing@maclaw.com and smong@maclaw.com should be removed from the CM/ECF e-filing list. Accordingly, the undersigned respectfully requests that the Clerk remove Mr. Coffing's name as counsel for Defendant.

Dated this 4th day of January, 2022.

**ORDER**

IT IS ORDERED that ECF No. 20 is DENIED without prejudice. It appears that Marquis Aurbach Coffing seeks to withdraw as counsel of record. If this is so, counsel must file a motion to withdraw that complies with the Local Rules (and may seek to remove counsel from the electronic service list, too). If Marquis Aurbach Coffing seeks to have another attorney besides Mr. Coffing represent Defendant, then it must so specify in its next motion to remove Mr. Coffing from the electronic service list.

**IT IS SO ORDERED**

**DATED:** 3:39 pm, January 05, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

MAC:16547-001 4581787_1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing DEFENDANT'S MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 4th day of January, 2022.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

*s/Sherri Mong*
an employee of Marquis Aurbach Coffing

MAC:16547-001 4581787_1