**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY S. JACOBSON, an individual,<br><br>    Plaintiff,<br>vs.<br><br>ASTRID M. RODRIGUEZ, an individual,<br><br>    Defendant. | Case No. 2:20-cv-00797-APG-BNW<br><br>**ORDER FOR ENTRY OF JUDGMENT** |

I previously granted the plaintiff's Motion for Summary Judgment and denied the defendant's Motion for Summary Judgment. ECF No. 29. I now order that judgment be entered.

I THEREFORE ORDER the clerk of court to enter judgment against defendant Astred M. Rodriguez and in favor of plaintiff Anthony S. Jacobson, in the amount of **$782,691.00**. The judgment amount is calculated as follows:

| Type of Money Owed | Accrual Period | Amount Due ($) |
|---|---|---|
| Principal | n/a | $500,000.00 |
| 7% interest | September 9, 2016, to September 9, 2019 | $105,000.00 |
| 11% interest | September 10, 2019, to September 9, 2022 | $177,691.00 (this accounts for and includes the $30,000 payment that Rodriguez made in September 2020 to pay down a portion of the 11% interest that had accumulated) |
| | TOTAL JUDGMENT AGAINST RODRIGUEZ | $782,691.00 |

I FURTHER ODER THAT Jacobson may file a motion for attorneys' fees and costs, in compliance with the Federal Rules of Civil Procedure and this court's Local Rules by September 23, 2022. Any attorneys' fees or costs awarded will be added to the amount of this Judgment.

Dated:  September 9, 2022

_____
Andrew P. Gordon
United States District Court Judge