AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Anthony S Jacobson,

          Plaintiff,

v.

Astred M Rodriguez,

          Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:20-cv-00797-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of the Plaintiff, Anthony S Jacobson, and against the Defendant, Astred M Rodriguez, for attorney's fees in the amount of $79,391.20.

December 5, 2022  
Date

DEBRA K. KEMPI  
Clerk

/s/ T. Roush-Wallace  
Deputy Clerk